Related DDJ

Victoria Dillihunt (Full Name)
dillihuntvictoria@yahoo.com (Email Address)
12035 S. Broadway #K (Address Line 1)
Los Angeles CA 90061 (Address Line 2)
213-638-5371 (Phone Number)
Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY

IFP Submitted

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Victoria Dillihunt,
Plaintiff,

vs.,

Disneyland

Defendant(s).

**Case No.:** 8:23-cv-00473-FMO-(MAR)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the events giving rise to this complaint happened in this district and/or the property at issue in this complaint is located in this district

*Form prepared by Public Counsel.*
*© 2010, 2013 Public Counsel.*
*All rights reserved.*
*Revised: August 2013*

## III. PARTIES

3. Plaintiff Victoria Dillihunt resides at:
(your full name)
12035 S. Broadway #K
Los Angeles CA 90061.
(your address)

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant Disneyland Park works at
(full name of Defendant)
1313 Disneyland Drive Anaheim CA 92802.
(Defendant's place of work)

Defendant's title or position is Theme Park.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity ☒ official capacity

This Defendant was acting under color of law because: the defendant helped deceive humanity through its power of influence in the corporate & political field

5. Defendant ______________________ works at
(full name of Defendant)
______________________.
(Defendant's place of work)

Defendant's title or position is ______________________.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity ☐ official capacity

This Defendant was acting under color of law because: ______________________

# Congressional Record--Appendix, pp. A34-A35

## Current Communist Goals

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

### CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

**15**. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

**17**. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

**19**. Use student riots to foment public protests against programs or organizations which are under Communist attack.

**20**. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



**21**. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

**24**. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

**25**. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

**26**. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

**27**. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

**28**. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

**29**. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

**30**. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

**36**. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

**40**. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

**42**. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

6. Genesis 3:1-24 says (1) Now the serpent was more subtile than any beast of the field which the LORD GOD had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden? (2) And the woman said unto the serpent, We may eat of the fruit of the trees of the garden: (3) But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it,

Insert ¶ #

7. neither shall ye touch it, lest ye die. (4) And the serpent said unto the woman, Ye shall not surely die: (5) For God doth know that in the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. (6) And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit

Insert ¶ #

8. thereof, and did eat, and gave also unto her husband with her; and he did eat. (7) And the eyes of them both were opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons. (8) And they heard the voice of the LORD GOD walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD GOD amongst the trees of the garden. (9) And the LORD GOD called unto Adam, and said unto him, Where art thou? (10) And he said,

Insert ¶ #

9 . I heard thy voice in the garden, and I was afraid, because
Insert ¶ #
I was naked; and I hid myself. (11) And he said, Who told thee that thou wast naked? Hast thou eaten of the tree, whereof I commanded thee that thou shouldest not eat? (12) And the man said, The woman whom thou gavest to be with me, she gave me of the tree, and I did eat. (13) And the LORD GOD said unto the woman, What is this that thou hast done? And the woman said, The serpent beguiled me,

10 . and I did eat. (14) And the LORD GOD said unto the
Insert ¶ #
serpent, Because thou hast done this, thou art cursed above all cattle, and above every beast of the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life: (15) And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel. (16) Unto the woman he said,

11 . I will greatly multiply thy sorrow and thy con-
Insert ¶ #
ception; in sorrow thou shalt bring forth children; and thy desire shall be to thy husband, and he shall rule over thee. (17) And unto Adam he said, Because thou hast hearkened unto the voice of thy wife, and hast eaten of the tree, of which I commanded thee, saying, Thou shalt not eat of it: cursed is the ground for thy sake; in sorrow shalt thou eat of it all the days of thy life, (18) Thorns also and thistles shall it bring

forth to thee; and thou shalt eat the herb of the field; (19) In the sweat of thy face shalt thou eat bread, till thou return unto the ground; for out of it wast thou taken: for dust thou art, and unto dust shalt thou return. (20) And Adam called his wife's name Eve; because she was the mother of all living. (21) Unto Adam also and to his wife did the LORD God make coats of skins, and clothed them. (22) And the LORD God said, Behold, the man is become as one of us, to know good and evil: and now, lest he put forth his hand, and take also of the tree of life, and eat, and live for ever: (23) Therefore the LORD God sent him forth from the garden of Eden, to till the ground from whence he was taken. (24) So he drove out the man; and he placed at the east of the garden of Eden Cherubims, and a flaming sword which turned every way, to keep the way of the tree of life.

14 Genesis 4:1-26 says (1) And Adam knew Eve his wife; and she conceived, and bare Cain, and said, I have gotten a man from the LORD. (2) And she again bare his brother Abel. And Abel was a keeper of sheep, but Cain was a tiller of the ground. (3) And in process of time it came to pass, that Cain brought of the fruit of the ground an offering unto the LORD. (4) And Abel, he also brought of the firstlings of his flock and of the fat thereof. And the LORD had respect unto Abel and to his offering. (5) But unto Cain and

15

to his offering he had not respect. And Cain was very wroth, and his countenance fell. (6) And the LORD said unto Cain, Why art thou wroth? and why is thy countenance fallen? (7) If thou doest well, shalt thou not be accepted? and if thou doest not well, sin lieth at the door. And unto thee shall be his desire, and thou shalt rule over him. (8) And Cain talked with Abel his brother: and it came to pass, when they were in the field, that Cain rose up against Abel his brother, and slew him. (9) And the LORD said unto Cain, Where is Abel thy brother? And he said, I know not: Am I my brother's keeper? (10) And he said, What hast thou done? the voice of thy brother's blood crieth unto me from the ground. (11) And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand; (12) When thou tillest the ground, it shall not henceforth yield unto thee her strength; a fugitive and a vagabond shalt thou be in the earth. (13) And Cain said unto the LORD, My punishment is greater than I can bear. (14) Behold, thou hast driven me out this day from the face of the earth; and from thy face shall I be hid; and I shall be a fugitive and a vagabond in the earth; and it shall come to pass, that every one that findeth me shall slay me. (15) And the LORD said unto him, Therefore whosoever slayeth Cain, vengeance shall be taken on him sevenfold. And the LORD set a mark upon Cain, lest any

16

17

finding him should kill him. (16) And Cain went out from the presence of the LORD, and dwelt in the land of Nod, on the east of Eden. (17) And Cain knew his wife; and she conceived, and bare Enoch: and he builded a city, and called the name of the city, after the name of his son, Enoch. (18) And unto Enoch was born Irad: and Irad begat Mehujael: and Mehujael begat Methusael: and Methusael begat Lamech. (19) And Lamech took unto him two wives: the name of the one was Adah, and the name of the other Zillah. (20) And Adah bare Jabal: he was the father of such as dwell in tents, and of such as have cattle. (21) And his brother's name was Jubal: he was the father of all such as handle the harp and organ. (22) And Zillah, she also bare Tubalcain, an instructor of every artificer in brass and iron: and the sister of Tubal-cain was Naamah. (23) And Lamech said unto his wives, Adah and Zillah, Hear my voice; ye wives of Lamech, hearken unto my speech: for I have slain a man to my wounding, and a young man to my hurt. (24) If Cain shall be avenged sevenfold, truly Lamech seventy and sevenfold. (25) And Adam knew his wife again; and she bare a son, and called his name Seth: For God, said she, hath appointed me another seed instead of Abel, whom Cain slew. (26) And to Seth, to him also there was born a son; and he called his name Enos: then began men to call upon the name of the Lord.

21 Revelations 12:1-17 says (1) And there appeared a great wonder in heaven; a woman clothed with the sun, and the moon under her feet, and upon her head a crown of twelve stars: (2) And she being with child cried, travailing in birth, and pained to be delivered. (3) And there appeared another wonder in heaven; and behold a great red dragon, having seven heads and ten horns, and seven crowns upon his heads. (4) And his tail drew the third part of the stars of heaven, and did cast them to the earth: and the dragon stood before the woman which was ready to be delivered, for to devour

22 her child as soon as it was born. (5) And she brought forth a man child who was to rule all nations with a rod of iron: and her child was caught up unto GOD, and to his throne. (6) And the woman fled into the wilderness, where she hath a place prepared of GOD, that they should feed her there a thousand two hundred and threescore days. (7) And there was a war in heaven: Michael and his angels fought against the dragon; and the dragon fought and his angels, (8) And prevailed not; neither was their place found any more in heaven. (9) And the great dragon was cast out, that old serpent, called

23 the Devil, and Satan, which deceiveth the whole world: he was cast out into the earth, and his angels were cast out with him. (10) And I heard a loud voice saying in heaven, Now is come salvation, and strength, and the kingdom of our GOD, and the power of his Christ: for the accuser of our brethren is cast down, which accused them before our GOD day and night. (11) And they overcame him by the blood of the Lamb, and by the word of their testimony, and they loved not their lives unto the death. (12) Therefore rejoice, ye heavens, and ye that dwell in them. Woe to the inhabiters of the earth and of the sea! For the devil is come down unto you, having

24

great wrath, because he knoweth that he hath but a short time. (13) And when the dragon saw that he was cast unto the earth, he persecuted the woman which brought forth the man child. (14) And to the woman were given two wings of a great eagle, that she might fly into the wilderness, into her place, where she is nourished for a time, and times, and half a time, from the face of the serpent. (15) And the serpent cast out of his mouth water as a flood after the woman, that he might cause her to be carried away of the flood. (16) And the earth helped the

25

woman, and the earth opened her mouth, and swallowed up the flood which the dragon cast out of his mouth. (17) And the dragon was wroth with the woman, and went to make war with the remnant of her seed, which keep the commandments of GOD, and have the testimony of Jesus Christ.

Revelation 13:1-18 says (1) And I stood upon the sand of the sea, and saw a beast rise up out of the sea, having seven heads and ten horns, and upon his horns ten crowns, and upon his heads the name of blasphemy. (2) And the beast which

26

I saw was like unto a leopard, and his feet were as the feet of a bear, and his mouth as the mouth of a lion: and the dragon gave him his power, and his seat, and great authority. (3) And I saw one of his heads as it were wounded to death; and his deadly wound was healed: and all the world wondered after the beast. (4) And they worshipped the dragon which gave power unto the beast: and they worshipped the beast, saying, Who is like unto the beast? who is able to make war with him? (5) And there was given unto him a mouth speaking great things and blasphemies; and power was given unto

27 him to continue forty and two months. (6) And he opened his mouth in blasphemy against GOD, to blaspheme his name, and his tabernacle, and them that dwell in heaven. (7) And it was given unto him to make war with the saints, and to overcome them: and power was given him over all kindreds, and tongues, and nations. (8) And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the Lamb slain from the foundation of the world.

28 (9) If any man have an ear, let him hear. (10) He that leadeth into captivity shall go into captivity: he that killeth with the sword must be killed with the sword. Here is the patience and faith of the saints. (11) And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon. (12) And he exerciseth all the power of the first beast before him, and causeth the earth and them which dwell therein to worship the first beast, whose deadly wound was healed.

29 (13) And he doeth great wonders, so that he maketh fire come down from heaven on the earth in the sight of men, (14) And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast; saying to them that dwell on the earth, that they should make an image to the beast, which had the wound by a sword, and did live. (15) And he had power to give life unto the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship

30

the image of the beast should be killed. (16) And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right hand, or in their foreheads: (17) And that no man might buy or sell, save he that had the mark, or the name of the beast, or the number of his name. (18) Here is wisdom. Let him that hath understanding count the number of the beast: for it is the number of a man; and his number is Six hundred threescore and six.

31

Revelation 16:1-21 says (1) And I heard a great voice out of the temple saying to the seven angels, Go your ways, and pour out the vials of the wrath of GOD upon the earth. (2) And the first went, and poured out his vial upon the earth; and there fell a noisome and grievous sore upon the men which had the mark of the beast, and upon them which worshipped his image. (3) And the second angel poured out his vial upon the sea; and it became as the blood of a dead man: and every living soul died in the sea. (4) And the third angel poured out his vial upon the rivers and fountains of waters; and they became blood. (5) And I heard the angel of the waters say, Thou art righteous, O LORD, which art, and wast, and shalt be, because thou hast judged thus. (6) For they have shed the blood of saints and prophets, and thou hast given them blood to drink; for they are worthy. (7) And I heard another out of the altar say, Even so, LORD GOD Almighty, true and righteous are thy judgments.

32

33

(8) And the fourth angel poured out his vial upon the sun; and power was given unto him to scorch men with fire. (9) And men were scorched with great heat, and blasphemed the name of GOD, which hath power over these plagues: and they repented not to give him glory. (10) And the fifth angel poured out his vial upon the seat of the beast; and his kingdom was full of darkness; and the gnawed their tongues for pain, (11) And blasphemed the GOD of heaven because of their pains and their sores, and repented not of their deeds. (12) And the sixth angel poured out his vial upon the great river Euphrates; and the water thereof was dried up, that the way of the kings of the east might be prepared. (13) And I saw three unclean spirits like frogs come out of the mouth of the dragon, and out of the mouth of the beast, and out of the mouth of the false prophet. (14) For they are the spirits of devils, working miracles, which go forth unto the kings of the earth and of the whole world, to gather them to battle of that great day of GOD Almighty. (15) Behold, I come as a thief. Blessed is he that watcheth, and keepeth his garments, lest he walk naked, and they see his shame. (16) And he gathered them together into a place called in the Hebrew tongue Armageddon. (17) And the seventh angel poured out his vial into the air; and there came a great voice out of the temple of heaven, from the throne, saying, It is done. (18) And there were voices, and thunders, and lightnings;

34

35

36 and there was a great earthquake, such as was not since men were upon the earth, so mighty an earthquake, and so great. (19) And the great city was divided into three parts, and the cities of the nations fell: and great Babylon came in remembrance before GOD, to give unto her the cup of the wine of the fierceness of his wrath. (20) And every island fled away, and the mountains were not found. (21) And there fell upon men a great hail out of heaven, every stone about the weight of a talent: 37 and men blasphemed GOD because of the plague of the hail; for the plague thereof was exceeding great.

Revelation 17:1-18 says (1) And there came one of the seven angels which had the seven vials, and talked with me, saying unto me, Come hither; I will show unto thee the judgement of the great whore that sitteth upon many waters: (2) With whom the kings of the earth have committed fornication, and the 38 inhabitants of the earth have been made drunk with the wine of her fornication. (3) So he carried me away in the spirit into the wilderness: and I saw a woman sit upon a scarlet coloured beast, full of names of blasphemy, having seven heads and ten horns. (4) And the woman was arrayed in purple and scarlet colour, and decked with gold and precious stones and pearls, having a golden cup in her hand full of abominations and filthiness of her fornication: (5) And upon her forehead was a name written, MYSTERY, BABYLON THE

GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH. (6) And I saw the woman drunken with the blood of the saints, and with the martyrs of Jesus: and when I saw her, I wondered with great admiration. (7) And the angel said unto me, Wherefore didst thou marvel? I will tell thee the mystery of the woman, and of the beast that carrieth her, which hath the seven heads and ten horns. (8) The beast that thou sawest was, and is not; and shall ascend out of the bottomless pit, and go into perdition: and they that dwell on the earth shall wonder, whose names were not written in the book of life from the foundation of the world, when they behold the beast that was, and is not, and yet is. (9) And here is the mind which hath wisdom. The seven heads are seven mountains, on which the woman sitteth. (10) And there are seven kings: five are fallen, and one is, and the other one is not yet come; and when he cometh, he must continue a short space. (11) And the beast that was, and is not, even he is the eighth, and is of the seven, and goeth into perdition. (12) And the ten horns which thou sawest are ten kings, which have received no kingdom as yet; but receive power as kings one hour with the beast. (13) These have one mind, and shall give their power and strength unto the beast. (14) These shall make war with the Lamb, and the Lamb shall overcome them: for he is LORD of lords, and

King of kings: and they that are with him are called, and chosen, and faithful. (15) And he saith unto me, The waters which thou sawest, where the whore sitteth, are peoples, and multitudes, and nations, and tongues. (16) And the ten horns which thou sawest upon the beast, these shall hate the whore, and shall make her desolate and naked, and shall eat her flesh, and burn her with fire. (17) For GOD hath put in their hearts to fulfill his will, and to agree, and give their kingdom unto the beast, until the words of GOD shall be fulfilled. (18) And the woman which thou sawest is that great city, which reigneth over the kings of the earth.

Revelation 18:1-24 says (1) And after these things I saw another angel come down from heaven, having great power, and the earth was lightened with his glory (2) And he cried mightily with a strong voice, saying, Babylon the great is fallen, is fallen, and is become the habitation of devils, and the hold of every foul spirit, and a cage of every unclean and hateful bird. (3) For all nations have drunk of the wine of the wrath of her fornication, and the kings of the earth have committed fornication with her, and the merchants of the earth are waxed rich through the abundance of her delicacies. (4) And I heard another voice from heaven, saying, Come out of her, my people, that ye be not partakers of her sins, and that ye receive

not of her plagues. (5) For her sins have reached unto heaven, and GOD hath remembered her iniquities. (6) Reward her even as she rewarded you, and double unto her double according to her works: in the cup which she hath filled fill to her double. (7) How much she hath glorified herself, and lived deliciously, so much torment and sorrow give her: for she saith in her heart, I sit a queen, and am no widow, and shall see no sorrow. (8) Therefore shall her plagues come in one day, death, and mourning, and famine; and she shall be utterly burned with fire: for strong is the LORD GOD who judgeth her. (9) And the kings of the earth, who have committed fornication and lived deliciously with her, shall bewail her, and lament for her, when they shall see the smoke of her burning, (10) Standing afar off for the fear of her torment, saying, Alas, Alas, that great city Babylon, that mighty city! for in one hour is thy judgement come. (11) And the merchants of the earth shall weep and mourn over her; for no man buyeth their merchandise any more: (12) The merchandise of gold, and silver, and precious stones, and of pearls, and fine linen, and purple, and silk, and scarlet, and all thyine wood, and all manner vessels of most precious wood, and of brass, and iron, and marble, (13) And cinnamon, and odours, and ointments, and frankincense, and wine, and oil, and fine flour, and wheat, and beasts, and sheep,

and horses, and chariots, and slaves, and souls of men. (14) And the fruits that thy soul lusted after are departed from thee, and all things which were dainty and goodly are departed from thee, and thou shalt find them no more at all. (15) The merchants of these things, which were made rich by her, shall stand afar off for the fear of her torment, weeping and wailing. (16) And saying, Alas, alas, that great city, that was clothed in fine linen, and purple, and scarlet, and decked with gold, and precious stones, and pearls! (17) For in one hour so great riches is come to nought. And every shipmaster, and all the company in ships, and sailors, and as many as trade by sea, stood afar off, (18) And cried when they saw the smoke of her burning, saying, What city is like unto this great city! (19) And they cast dust on their heads, and cried, weeping and wailing, saying, Alas, alas, that great city, wherein were made rich all that had ships in the sea by reason of her costliness! for in one hour is she made desolate. (20) Rejoice over her, thou heaven, and ye holy apostles and prophets, for GOD hath avenged you on her. (21) And a mighty angel took up a stone like a great millstone, and cast it into the sea, saying, Thus with violence shall that great city Babylon be thrown down, and shall be found no more at all. (22) And the voice of harpers, and musicians, and of pipers, and trumpeters, shall be heard no more at all in thee; and no craftsman,

51 of whatsoever craft he be, shall be found any more in thee; and the sound of a millstone shall be heard no more at all in thee; (23) And the light of a candle shall shine no more at all in thee; and the voice of the bridegroom and of the bride shall be heard no more at all in thee for thy merchants were great men of the earth; for by thy sorceries were all nations deceived. (24) And in her was found the blood of prophets, and of saints, and of all that

52 were slain upon the earth.

Revelation 19:1-21 says (1) And after these things I heard a great voice of much people in heaven, saying, Alleluia; Salvation, and glory, and honour, and power, unto the LORD our GOD: (2) For true and righteous are his judgements: for he hath judged the great whore, which did corrupt the earth with her fornication, and hath avenged the blood of his servants at her hand. (3) And again they said, Alleluia. And her smoke rose up for ever and ever. (4) And the

53 four and twenty elders and four beasts fell down and worshipped GOD that sat on the throne, saying, Amen; Alleluia. (5) And a voice came out of the throne, saying, Praise our GOD, all ye his servants, and ye that fear him, both small and great. (6) And I heard as it were the voice of a great multitude, and as the voice of many waters, and as the voice of mighty thunderings, saying, Alleluia: for the LORD GOD omnipotent reigneth. (7) Let us be glad and rejoice, and give honour to him: for the marriage of the Lamb is come, and his wife hath made herself ready. (8) And to her was granted

that she should be arrayed in fine linen, clean and white: for the fine linen is the righteousness of saints. (9) And he saith unto me, Write, Blessed are they which are called unto the marriage supper of the Lamb. And he saith unto me, These are the true sayings of GOD. (10) And I fell at his feet to worship him. And he said unto me, See thou do it not: I am thy fellowservant, and of thy brethren that have the testimony of Jesus: worship GOD: for the testimony of Jesus is the spirit of prophecy. (11) And I saw heaven opened, and behold a white horse; and he that sat upon him was called Faithful and True, and in righteousness he doth judge and make war. (12) His eyes were as a flame of fire, and on his head were many crowns; and he had a name written, that no man knew, but he himself. (13) And he was clothed with a vesture dipped in blood: and his name is called The Word of GOD. (14) And the armies which were in heaven followed him upon white horses, clothed in fine linen, white and clean. (15) And out of his mouth goeth a sharp sword, that with it he should smite the nations: and he shall rule them with a rod of iron: and he treadeth the winepress of the fierceness and wrath of Almighty GOD. (16) And he hath on his vesture and on his thigh a name written, KING OF KINGS, AND LORD OF LORDS. (17) And I saw an angel standing in the sun; and he cried with a loud voice, saying to all the fowls that fly in the midst, Come and gather yourselves together unto the supper of the great GOD; (18) That ye may eat the flesh

57. of kings, and the flesh of captains, and the flesh of mighty men, and the flesh of horses, and of them that sit on them, and the flesh of all men, both free and bond, both small and great. (19) And I saw the beast, and the kings of the earth, and their armies, gathered together to make war against him that sat on the horse, and against his army. (20) And the beast was taken, and with him the

58. false prophet that wrought miracles before him, with which he deceived them that had received the mark of the beast, and them that worshipped his image. These both were cast alive into a lake of fire burning with brimstone. (21) And the remnant were slain with the sword of him that sat upon the horse, which sword proceeded out of his mouth: and all the fowls were filled with their flesh.

59. Revelations 20:1-15 says (1) And I saw an angel come down from heaven, having the key of the bottomless pit and a great chain in his hand. (2) And he laid hold on the dragon, that old serpent, which is the Devil, and Satan, and bound him for a thousand years, (3) And cast him into the bottomless pit, and shut him up, and set a seal upon him, that he should deceive the nations no more, till the thousand

60. years should be fulfilled: and after that he

Insert ¶ #

must be loosed a little season. (4) And I saw thrones, and they sat upon them: and I saw the souls of them that were beheaded for the witness of Jesus, and for the word of GOD, and which had not worshipped the beast, neither his image, neither had received his mark upon their foreheads, or in their hands; and they lived and

61. reigned with Christ a thousand years. (5) But

Insert ¶ #

the rest of the dead lived not again until the thousand years were finished. This is the first resurrection. (6) Blessed and holy is he that hath part in the first resurrection: on such the second death hath no power, but they shall be priests of GOD and of Christ, and shall reign with him a thousand years. (7) And when the thousand years are

62. expired, Satan shall be loosed out of his prison,

Insert ¶ #

(8) And shall go out to deceive the nations which are in the four quarters of the earth, Gog and Magog, to gather them together to battle: the number of whom is as the sand of the sea. (9) And they went up on the breadth of the earth, and compassed the camp of the saints about, and the beloved city: and fire came down from God out of heaven, and devoured them. (10) And the devil that deceived them was cast into the

63. lake of fire and brimstone, where the beast and
Insert ¶ #
the false prophet are, and shall be tormented day and night for ever and ever. (11) And I saw a great white throne, and him that sat on it, from whose face the earth and the heaven fled away; and there was found no place for them. (12) And I saw the dead, small and great, stand before God; and the books were opened: and another book was opened, which

64. is the book of life: and the dead were judged
Insert ¶ #
out of those things which were written in the books, according to their works. (13) And the sea gave up the dead which were in it; and death and hell delivered up the dead which were in them: and they were judged every man according to their works. (14) And death and hell were cast into the lake of fire. This is the second death. (15) And

65. Whosoever was not found written in the book
Insert ¶ #
of life was cast into the lake of fire.

## V. CLAIMS

## Claim #1

66. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

107. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ # federal constitutional or statutory civil right:

Amendment 1- congress shall make no law respecting an established religion, -
Amendment 5- double jeopardy
Amendment 13- Neither slavery or involuntary servitude.. (Section 1)
Amendment 13 - congress shall have power to enforce... (Section 2)

68. The above civil right was violated by the following Defendants:
Insert ¶ #

Disneyland Theme Park

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

69 (1) Sleeping Beauty + the poisonous apple reflects Eve & the forbidden
Insert ¶ #
Fruit that caused Adam & Eve to go to sleep on their relationship with GOD. (Genesis 3:1-4) (2) Beauty + The Beast reflects Eve held in captivity to the serpents world & way of doing things; it also reflects Revelation 17 about the the prostitute on the Beast. (3) The Princess & the frog which reflects the princess being deceived by the sorceror just like Eve & the Serpent plus, Revelations 16:13 says And I saw three unclean spirits like frogs come out of the mouth of the dragon... (4) Cinderella reflects Revelation 19 from bound to free, Plus there's way more charicters thats enslaved.

70. As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ # was harmed in the following way:

Plaintiff has suffered humiliation, prostitution, spiritual entrapment, racism, enchantment, generational curses, abuse, modernized slavery, etc in the digital, animation, & creative realm that manifests in physical displays as the art of a perverted form of storytelling based off of Biblical Stories. Protect the youth! Love the youth! Teach the truth! Free our souls!

**Claim #( )**

*(insert Claim#)*

11. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

*(List any other legal claim you have that is related to your civil rights claim.)*

12. Amendment 1 - congress shall make no law... -
Insert ¶ #
Amendment 5 - double jeopardy
Amendment 13 - neither slavery or involuntary servitude

13. Plaintiff alleges the above claim against the following Defendant(s):
Insert ¶ #
Disneyland Theme Park

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

14. Genesis 4:1-2 says (1) And Adam knew Eve his wife, and she conceived, and bare Cain, and said, I have gotten a man from the LORD. (2) And she again bare his brother Abel. And Abel was a keeper of sheep, but Cain was a tiller of the ground. - Genesis 4:8 - And Cain talked with Abel his brother: and it came to pass, when they were in the field, that Cain rose up against Abel his brother, and slew him.
Insert ¶ #

15. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
Insert ¶ #
Cain represents the serpents seed birthed out of Eve because the first thing he did was began building a world. His enmity towards Abel caused him to kill Abel without cause yet the women keep getting blackmailed by the world as they destroy our lives, families, etc & blame us for the division, wars, etc instead of taking responsibility for their rackets they put in place to try to Destroy us behind their own insecurities, issues, etc that they hide -

**Claim #( )**

*(insert Claim#)*

76. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

77. Amendment 1 - Rights of Religion
*Insert ¶ #*
Amendment 5 - Double Jeopardy

78. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

Disneyland Theme Park

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

79. Revelations 13:11 - And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon. - Revelations 13:15 - And he had power to give life unto the image of the beast should both speak, and cause that as many as would not worship the image of the beast should be killed.
*Insert ¶ #*

80 As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
*Insert ¶ #*

Disneyland is a world inside a world that portrays to be lambs but really are wolves that use our lack, weakness, lust, etc to profit at our expense & while displaying images that are intentionally misleading for deception. Revelations 13:11 represents the GOATS! The illuminati, false God!

## V. CLAIMS

## Claim #1

81. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

82. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ # federal constitutional or statutory civil right:

Amendment 1 - congress shall make no law respecting an establishment of religion...
Amendment 5 - Double Jeopardy
Amendment 18 - Neither slavery or involuntary servitude ... (Section 1)
Amendment 18 - Congress shall have power to enforce this article by appropriate legislation (section 2)

83. The above civil right was violated by the following Defendants:
Insert ¶ #

Disneyland Theme Park

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

84. Genesis 3:13-16 says (13) And the LORD GOD said unto the woman, What is this that thou hast done? And the woman said, The serpent beguiled me, and I did eat. (14) And the LORD GOD said unto the serpent, Because thou hast done this, thou art cursed above all cattle, and above every beast of the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life: (15) And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel. (16) Unto the woman he said, I will greatly multiply thy sorrow and thy conception; in sorrow thou shalt bring forth children; and thy desire shall be to thy husband, and he shall rule over thee.
Insert ¶ #

85. As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ # was harmed in the following way:

Disneyland displays this curse repeatedly in the form of deception just like in the garden of Eden. However, since Disneyland is the wonderful world of magic; this is how the enemy is keeping women trapped in a world under a spell as they're prostituted to keep his false empire of spells & deception misleading humanity. Prime Example: Beauty & The Beast reflects Eve being trapped by the Serpent & he constantly makes her role of her fall while also subconsciously programming girls to be okay with the illusional yet spiritually realistic entrapment, torture, & the characters.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

86. That everything connected to Walt Disney be shut down because it represents perversion which is a twisted truth. Break the curse of racism by tearing down what's against GOD'S TRUE WORD.

87. That you Destroy All Disney Theme Parks because their using witchcraft + Disneyland in Shanghai is backed by communist & these them parks aren't safe.

88. Close every branch or treaty in ties to Disneyland. Set our women free by destroying that occultic world of magic. DO it now because it is a weapon of warfare like Jurassic Park!

89. Finish Destroying the Communist agenda & help our people get back on our feet. That's going to take real LOVE and selfishness. I'm tired of being on the Streets

Dated:

Sign:

Print Name: Victoria Dillihunt

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 3/15/2023

Sign: [signature]

Print Name: Victoria [signature]

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983